UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LESLIE NELSON, | ) | CASE NO. C05-2116-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| FBI, SEATTLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff submitted an *in forma pauperis* application and a civil complaint. (Dkt. 1.)  She professes to have research material pertinent to issues of national security, but fails to show how the information contained within her complaint suffices to present a justiciable claim.

Under 28 U.S.C. § 1915(e)(2)(B), the Court may deny an application to proceed *in forma pauperis* and should dismiss an action if, among other things, it is frivolous or the complaint fails to state a claim upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990).  An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

This action is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of

01   Civil Procedure 12(b)(6).  Plaintiff's allegations are frivolous.  She fails to allege facts

02   demonstrating a justiciable claim.  *See* Fed. R. Civ. P. 12(b)(6).  Nor has plaintiff alleged sufficient

03   facts to place defendant on notice of the nature of her claim.  *See* Fed. R. Civ. P. 8(a)(2).

04        The Court advises plaintiff of her responsibility to research the facts and law before filing

05   an action to determine whether the action is frivolous.  If she files a frivolous action, she may be

06   sanctioned.  *See* Fed. R. Civ. P. 11.  The Court would likely impose a sanction of dismissal on any

07   frivolous action.  If plaintiff files numerous frivolous or malicious actions, the Court may bar her

08   from proceeding *in forma pauperis* in this Court.  *See DeLong v. Hennessey*, 912 F.2d 1144,

09   1146-48 (9th Cir. 1990) (discussing bar order requirements).

10        Accordingly, because of the deficiencies in plaintiff's complaint, her *in forma pauperis*

11   application should be denied and this action dismissed without prejudice.   *See* 28 U.S.C. §

12   1915(e)(2)(B) (requiring *sua sponte* dismissal); *Wong v. Bell*, 642 F.2d 359, 361-62 (9th Cir.

13   1981) (permitting *sua sponte* dismissal).  **If plaintiff believes that the deficiencies outlined**

14   **herein can be cured by an amendment to her complaint, she should lodge an amended**

15   **complaint as a part of her objections, if any, to this Report and Recommendation.**   A

16   proposed Order of Dismissal accompanies this Report and Recommendation.

17        DATED this  3rd  day of  January , 2006.

18

19                                    _____
                                      Mary Alice Theiler
20                                    United States Magistrate Judge

21

22

REPORT AND RECOMMENDATION
PAGE -2