UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LESLIE NELSON, | ) | CASE NO. C05-2116-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION AND |
| FBI, SEATTLE, | ) | DISMISSING MATTER WITHOUT |
| | ) | PREJUDICE |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed the entire record in this matter, including the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, finds and ORDERS as follows:

(1) The court adopts the Report and Recommendation. Plaintiff's *in forma pauperis* application is DENIED, and this action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b) (6);

/ / /

/ / /

/ / /

ORDER DENYING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING MATTER
WITHOUT PREJUDICE
PAGE -1

01      (2) The Clerk shall close this case and send copies of this Order to plaintiff and to Judge

02  Theiler.

03      DATED this 23rd day of January, 2006.

04

05                                        */s/ Thomas S. Zilly*

                                      Thomas S. Zilly

06                                        United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING *IN FORMA PAUPERIS*
APPLICATION AND DISMISSING MATTER
WITHOUT PREJUDICE
PAGE -2